# Court of Appeals
# of the State of Georgia

ATLANTA, __August 03, 2012__

*The Court of Appeals hereby passes the following order:*

**A12D0455.   JAMES R. THOMAS, JR., et al. v. KIA AUTO SPORT OF COLUMBUS, INC.**

James R. Thomas, Jr., and Sabrina R. Thomas filed an application for discretionary appeal from the trial court's orders staying discovery, denying a motion to recuse, dismissing several claims, and granting defendant Kia Auto Sport of Columbus, Inc.'s motion to compel arbitration as to the remaining claims.  No final order has been entered in the case.

The orders that the Thomases wish to appeal are interlocutory in nature.  See *Ellis v. Stanford*, 256 Ga. App. 294, 295 (2) (568 SE2d 157) (2002) (order denying motion to recuse is interlocutory); *Pace Constr. Corp. v. Northpark Assocs.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994) (order compelling arbitration is interlocutory); *Johnson v. Hospital Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (order adjudicating fewer than all the claims of all the parties is interlocutory, unless the court expressly directs the entry of final judgment pursuant to OCGA § 9-11-54 (b)). A party seeking appellate review from an interlocutory order must follow the interlocutory application procedure set forth in OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review from the trial court." *Pace Constr. Corp.*, supra.  The Thomases' failure to follow the interlocutory appeal procedure deprives us of jurisdiction over this application, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/03/2012
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

         *, Clerk.*